ISABELLE ORD (SBN 198224)
isabelle.ord@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501

MATTHEW C. DANAHER (SBN 351055)
matt.danaher@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: 858.677.1400
Facsimile: 858.677.1401

Attorneys for Defendant
RETAIL SERVICES & SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY KENT and ROBIN SAVAGE, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RETAIL SERVICES & SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-06419-RFL<br><br>**DECLARATION OF MATTHEW C. DANAHER IN SUPPORT OF DEFENDANT RETAIL SERVICES & SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Judge: Hon. Rita F. Lin<br>Courtroom: Courtroom 4<br>San Francisco Courthouse<br>450 Golden Gate Avenue<br>17th Floor<br>San Francisco, CA 94102<br><br>Complaint Filed: June 26, 2026 |

I, Matthew C. Danaher, hereby declare as follows:

1. I am an attorney at DLA Piper LLP (US) and counsel of record for Defendant Retail Services & Systems, Inc. ("Total Wine") in this matter. I submit this declaration in support of Total Wine's Motion to Dismiss Plaintiff's Complaint, filed concurrently herewith. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On March 20, 2025, during the pendency of Plaintiff Savage's arbitration, Plaintiff's counsel, Seth Safier, sent to Total Wine an email stating to "[b]e advised that we represent another client, Jeff Kent," for whom Mr. Safier threatened to file both an arbitration and a federal lawsuit. A true and correct copy is attached hereto as **Exhibit A.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on the 28th day of August, at San Diego, California.

/s/ *Matthew Danaher*
MATTHEW DANAHER